1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   CHARLES S. ROBINSON,                    No. C-13-961 TEH (PR)

12            Plaintiff,

13        v.                                 ORDER OF DISMISSAL

14   B. MOSK, I.K. O'BRIAN and
     RODRIQUEZ,

15

16            Defendants.
     _____/

17

18

19            This is a civil rights action filed pursuant to 42 U.S.C.

20   § 1983 by a pro se state prisoner on March 4, 2013.  On the day

21   Plaintiff filed his complaint, the Court notified him in writing

22   that the action was deficient because his in forma pauperis

23   application was incomplete.  (Doc. #3)  Plaintiff failed to include

24   a completed certificate of funds (COF) in his prison account signed

25   by an authorized officer at the prison.  See 28 U.S.C. § 1915(a)(2).

26   Plaintiff was advised that failure to file the requested item within

27   twenty-eight (28) from the filing date stamped on the notification

28   would result in dismissal of the action.

United States District Court
For the Northern District of California

1    Over twenty-eight days have elapsed since Plaintiff was
2 notified of his filing deficiency; however, he has neither provided
3 the Court with the requisite item nor filed a request for an
4 extension of time to do so.  The action, therefore, is DISMISSED
5 WITHOUT PREJUDICE for failure to file a complete in forma pauperis
6 application.

7    The Clerk shall terminate all pending motions as moot and
8 close the file.

9

10    IT IS SO ORDERED.

11

12 DATED    04/18/2013

                                             THELTON E. HENDERSON
13                                              United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26 G:\PRO-SE\TEH\CR.13\Robinson-13-961 COF-dis.wpd

27

28 **2**