IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES S. ROBINSON,<br><br>            Plaintiff,<br><br>      v.<br><br>B. MOSK, I.K. O'BRIAN and RODRIQUEZ,<br><br>            Defendants._____/ | No. C-13-961 TEH (PR)<br><br><br>ORDER OF DISMISSAL |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by a pro se state prisoner on March 4, 2013. On the day Plaintiff filed his complaint, the Court notified him in writing that the action was deficient because his in forma pauperis application was incomplete. (Doc. #3) Plaintiff failed to include a completed certificate of funds (COF) in his prison account signed by an authorized officer at the prison. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested item within twenty-eight (28) from the filing date stamped on the notification would result in dismissal of the action.

1       Over twenty-eight days have elapsed since Plaintiff was
2 notified of his filing deficiency; however, he has neither provided
3 the Court with the requisite item nor filed a request for an
4 extension of time to do so.  The action, therefore, is DISMISSED
5 WITHOUT PREJUDICE for failure to file a complete <u>in forma pauperis</u>
6 application.
7       The Clerk shall terminate all pending motions as moot and
8 close the file.

10       IT IS SO ORDERED.

12 DATED  *04/18/2013*        *[signature]*
      **THELTON E. HENDERSON**
13       United States District Judge

26 G:\PRO-SE\TEH\CR.13\Robinson-13-961 COF-dis.wpd

**2**